Robert J Vanden Bos, OSB #78100
Douglas R. Ricks, OSB #044026
Christopher N. Coyle, OSB #07350
Spencer C. Wilson, OSB #154498
VANDEN BOS & CHAPMAN, LLP
319 SW Washington St., Ste. 520
Portland, OR 97204
Telephone: 503-241-4861
Fax: 503-241-3731

Of Attorneys for Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 16-30406-rld11 |
| | ) | |
| SeaPort Airlines, Inc., | ) | |
| | ) | |
| Debtor-in-Possession. | ) | |
| SeaPort Airlines, Inc., | ) | Adv. Pro. No. 16-03059-rld |
| | ) | |
| Plaintiff, | ) | DECLARATION OF |
| | ) | NELSON D. ATKIN, II IN SUPPORT OF |
| vs. | ) | PLAINTIFF'S MOTION FOR |
| | ) | TEMPORARY RESTRAINING ORDER |
| Robert McKinney, | ) | |
| | ) | |
| Defendant. | ) | |

I, Nelson D. Atkin, II declare as follows:

1. I am an attorney, licensed to practice in the State of Oregon.

2. I have practiced in the area of labor and employment law for forty-two years and possess knowledge and expertise in the areas of law about which I now testify.

3. I have reviewed the statute and regulations applicable to whistleblower complaints filed with the Occupational Health and Safety Administration, such as the one filed by Robert McKinney, at issue in the instant case. The only remedies available under

Page 1 of 2   DECLARATION OF NELSON D. ATKIN, II IN SUPPORT OF PLAINTIFF'S MOTION FOR
              TEMPORARY RESTRAINING ORDER

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 16-03059-rld    Doc 7    Filed 05/13/16

the statute and regulations governing such whistleblower complaints are remedies in favor of the complainant, including monetary damages or in appropriate cases, reinstatement as an employee.

Dated this 13th day of May, 2016.

By: /s/Nelson D. Atkin, II
Nelson D. Atkin, II, Declarant

Page 2 of 2   DECLARATION OF NELSON D. ATKIN, II IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 16-03059-rld    Doc 7    Filed 05/13/16

In re SeaPort Airlines, Inc.;
Chapter 11 Bankruptcy Case No. 16-30406-rld11
SeaPort Airlines, Inc. v. Robert McKinney;
Adv. Pro. No. 16-03059-rld

CERTIFICATE - TRUE COPY

DATE: May 13, 2016

DOCUMENT: DECLARATION OF NELSON D. ATKIN, II IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

    I hereby certify that I prepared the foregoing copy of the foregoing named document and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof.

CERTIFICATE OF SERVICE

    I hereby certify that I served a copy of the foregoing on:

| | |
|---|---|
| SeaPort Airlines, Inc. | Rob McKinney |
| Attn: Timothy Sieber | 9502 NE 144th Ct |
| 816 SW First Avenue | Vancouver, WA 98682 |
| Portland, Oregon 97204 | |

by mailing a copy of the above-named document to each of them in a sealed envelope, addressed to each of them at his or her last known address. Said envelopes were deposited in the Post Office at Portland, Oregon, on the below date, postage prepaid.

    I hereby certify that the foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system on the date set forth below.

    Dated: May 13, 2016

                              VANDEN BOS & CHAPMAN, LLP

                              By:/s/Robert J Vanden Bos
                                  Robert J Vanden Bos, OSB #78100
                                  Douglas R. Ricks, OSB #044026
                                  Christopher N. Coyle, OSB #07350
                                  Of Attorneys for Debtor-in-Possession