```
                            United States Bankruptcy Court
                                 District of Oregon
```

SeaPort Airlines, Inc.,
     Plaintiff                                                            Adv. Proc. No. 16-03059-rld

McKinney,
     Defendant

# CERTIFICATE OF NOTICE

```
District/off: 0979-3          User: Admin.            Page 1 of 1           Date Rcvd: May 20, 2016
                              Form ID: NOHIH          Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2016.
```
dft         +Robert McKinney,    9502 NE 144th Ct,    Vancouver, WA 98682-2600
pla         +SeaPort Airlines, Inc.,    816 SW First Avenue,    Portland, OR 97204-3308
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust          +E-mail/Text: ustpregion18.pl.ecf@usdoj.gov May 21 2016 00:07:06      US Trustee, Portland,
               620 SW Main St #213,    Portland, OR 97205-3026
             +E-mail/Text: lwalker@cablehuston.com May 21 2016 00:07:02      Laura Walker,    Cable Huston LLP,
               1001 SW 5th Ave Ste 2000,    Portland, OR 97204-1136
                                                                                             TOTAL: 2
```

           **\*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\***
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2016                                                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2016 at the address(es) listed below:
NONE.                                                                                                                                                                 TOTAL: 0

| | UNITED STATES BANKRUPTCY COURT<br>District of Oregon | | U.S. BANKRUPTCY COURT<br>DISTRICT OF OREGON<br>**F I L E D** |
|---|---|---|---|
| In re<br>**SeaPort Airlines, Inc.**<br>Debtor(s) | ) <br>) Case No. 16–30406–rld11<br>) | | May 20, 2016<br>Clerk, U.S. Bankruptcy Court |
| **SeaPort Airlines, Inc.**<br>Plaintiff(s) | ) Adv. Proc. No. 16–03059–rld<br>)<br>) | | BY **gjd** DEPUTY |
| v.<br>**Robert McKinney**<br>Defendant(s) | )<br>) **RESCHEDULED**<br>) NOTICE OF HEARING<br>)<br>) | | |

**PLEASE TAKE NOTICE** that a Final Hearing, at which testimony will be received if offered and admissible, will be held:

**DATE:** 5/25/16    **TIME:** 09:30 AM

**LOCATION:** US Bankruptcy Court, Courtroom #3, 1001 SW 5th Ave, 7th Floor, Portland, OR 97204

to consider and act upon the following:

Evidentiary Hearing re Expedited Motion for Temporary Restraining Order (5)and Scheduling Hearing re Preliminary Injunction.

Clerk, U.S. Bankruptcy Court