| 05/25/2016 | WEDNESDAY | Judge Randall L. Dunn |
|---|---|---|
| **9:30 AM 16-3059 rld ap** | SeaPort Airlines, Inc. v. McKinney | |
| 16-30406 | **RESCHEDULED HEARING** | |

**Evidentiary Hearing re Expedited Motion for Temporary Restraining Order**
**Filed by Plaintiff SeaPort Airlines, Inc. (VANDEN BOS, ROBERT) (5)**

**Scheduling Hearing re Preliminary Injunction**

SeaPort Airlines, Inc. - pla     ROBERT J VANDEN BOS ✓
                                 Laura Walker - Robert McKinney

Evidentiary Hearing:     Yes: ☐     No: ☐     Rose Darling- US Dept of Labor

- Parties have agreed to a stipulated order granting the Temporary Restraining Order

and setting the Preliminary Injunction for 6/7/16 @ 9:00 Courtroom #3

Order to be prepared by:   ☐ Clerk's Office   ☐ Chamber   ☑   Mr. Vanden Bos

**OD3 - Dismissal Order**
  #1 _____ Settled _____ (21) days.
  #2 _____ to Prepare Judgement/order _____ (21) days.
  #3 _____ No answer _____ (21) days.

**OFRCP - Rule 26 Order**
  #1 _____ Planning Conf. by ____-____-____ / Conf. Report by ____-____-____.
  #2 _____ Planning Conf. by ____-____-____/ No report.
  #3 _____ Discovery can proceed.
  #4 _____ No Planning Conf./Initial disclosures by ____-____-____.
  #5 _____ Discovery limited to _____.

Docket Entry: