Below is an Order of the Court.

*signature*
RANDALL L. DUNN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>SeaPort Airlines, Inc.,<br><br>        Debtor. | Case No. 16-30406-rld11 |
| SeaPort Airlines, Inc.,<br><br>        Plaintiff,<br><br>vs.<br><br>Robert McKinney,<br><br>        Defendant. | Adv. Pro. No. 16-03059-rld<br><br>STIPULATED TEMPORARY RESTRAINING ORDER |

Based upon Debtor's Motion for Temporary Restraining Order (Dkt. No. 5) and the Stipulation of the Parties hereto, Plaintiff by and through Robert J Vanden Bos and Defendant Robert McKinney by and through Laura J. Walker, it is hereby

ORDERED as follows:

1.    Defendant Robert McKinney is restrained and enjoined from continuing to prosecute OSHA Investigation No. 0-1650-16-019; McKinney/SeaPort Airlines, Inc.

Page 1 of 2    STIPULATED TEMPORARY RESTRAINING ORDER

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 16-03059-rld    Doc 15    Filed 05/26/16

2. The effect of this Order shall expire at 5:00 pm June 7, 2016 unless extended by future Order of this Court.

3. Plaintiff's motion for a preliminary injunction shall be set for hearing on June 7, 2016 at 9:00 a.m.

### 

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

IT IS SO STIPULATED:

| VANDEN BOS & CHAPMAN, LLP | CABLE HUSTON LLP |
|---|---|
| By:/s/Robert J Vanden Bos<br>   Robert J Vanden Bos, OSB #78100<br>   Douglas R. Ricks, OSB #044026<br>   Christopher N. Coyle, OSB #07350<br>   Of Attorneys for Plaintiff | By:/s/Laura J. Walker<br>   Laura J. Walker, OSB #794329<br>   Of Attorneys for Defendant |

PRESENTED BY:

VANDEN BOS & CHAPMAN, LLP

By:/s/Robert J Vanden Bos
Robert J Vanden Bos OSB #78100
Douglas R. Ricks, OSB #044026
Christopher N. Coyle, OSB #07350
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon 97204
Telephone: (503) 241-4869
Fax: (503) 241-3731

  Of Attorneys for Plaintiff

**First Class Mail:**

SeaPort Airlines, Inc.
Attn: Timothy Sieber
816 SW First Avenue
Portland, Oregon 97204

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system.

Page 2 of 2    STIPULATED TEMPORARY RESTRAINING ORDER

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 16-03059-rld    Doc 15    Filed 05/26/16