Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 16-30406-rld11 |
| | ) | |
| SeaPort Airlines, Inc., | ) | |
| | ) | |
| Debtor-in-Possession. | ) | |
| SeaPort Airlines, Inc., | ) | Adv. Pro. No. 16-03059-rld |
| | ) | |
| Plaintiff, | ) | ORDER ON DEBTOR'S MOTION TO LIMIT |
| | ) | NOTICE OF PROPOSED SETTLEMENT |
| vs. | ) | WITH DEFENDANT ROBERT McKINNEY |
| | ) | |
| Robert McKinney, | ) | |
| | ) | |
| Defendant. | ) | |

Based on the Debtor's Motion to Limit Notice of Proposed Settlement with Defendant Robert McKinney (the "Motion") filed by SeaPort Airlines, Inc. (the "Debtor"), and that the Unsecured Creditors Committee and the United States Trustee do not object to the Motion,

IT IS HEREBY ORDERED that:

Page 1 of 2 - ORDER ON DEBTOR'S MOTION TO LIMIT NOTICE OF PROPOSED SETTLEMENT WITH DEFENDANT ROBERT McKINNEY

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 16-03059-rld    Doc 18    Filed 06/30/16

Notice of the Debtor's Proposed Settlement with Defendant Robert McKinney is limited to service on the 20 Largest Unsecured Creditors, members of the Unsecured Creditors Committee, all secured creditors; all governmental entity creditors and those parties who have requested special notice.

###

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

PRESENTED BY:

/s/Robert J Vanden Bos
Robert J Vanden Bos OSB #78100
Douglas R. Ricks, OSB #044026
Christopher N. Coyle, OSB #07350
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon 97204
Telephone: (503) 241-4869
Fax: (503) 241-3731

    Of Attorneys for Plaintiff

**First Class Mail:**

SeaPort Airlines, Inc.
Attn: Timothy Sieber
7505 NE Airport Way
Portland, OR 97218

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/ Electronic Case File system.

Page 2 of 2 - ORDER ON DEBTOR'S MOTION TO LIMIT NOTICE OF PROPOSED SETTLEMENT WITH DEFENDANT ROBERT McKINNEY

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 16-03059-rld    Doc 18    Filed 06/30/16