Below is a Judgment of the Court. If the judgment is for money, the applicable judgment interest rate is: "Not applicable."

RANDALL L. DUNN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 16-30406-rld11 |
| SeaPort Airlines, Inc., | ) | |
| Debtor-in-Possession. | ) | |
| SeaPort Airlines, Inc., | ) | Adv. Pro. No. 16-03059-rld |
| Plaintiff, | ) | JUDGEMENT OF DISMISSAL |
| vs. | ) | |
| Robert McKinney, | ) | |
| Defendant. | ) | |

Based on the Order approving settlement entered by this Court (Dkt. No.21), it is

ORDERED, ADJUDGED and DECREED that this action is dismissed with prejudice and without costs to either party.

### 

/ / /

/ / /

PRESENTED BY:

Page 1 of 2 - JUDGMENT OF DISMISSAL

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

/s/Robert J Vanden Bos
Robert J Vanden Bos OSB #78100
Douglas R. Ricks, OSB #044026
Christopher N. Coyle, OSB #07350
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon 97204
Telephone: (503) 241-4869
Fax: (503) 241-3731

    Of Attorneys for Debtor-in-Possession

**First Class Mail:**

SeaPort Airlines, Inc.
Attn: Timothy Sieber
816 SW First Avenue
Portland, Oregon 97204

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/ Electronic Case File system.

Page 2 of 2 - JUDGMENT OF DISMISSAL

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 16-03059-rld    Doc 25    Filed 08/12/16